# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEWART BURCH,<br><br>    Defendant. | Case No.: CR 10-0035 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The government and defense counsel are still involved in the discovery process including the review of suspected contraband under the terms and conditions of a protective order recently filed with the Court.  Defense counsel requires sufficient time to review the discovery in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Defense counsel and Assistant United States Attorney Owen Martikan jointly agree and stipulate that a continuance of this matter is appropriate given the need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 10-0035 MHP]

1

1   THEREFORE, the parties mutually and jointly stipulate that the matter should be
2   continued, based on the need for effective preparation counsel.  The parties jointly request that
3   the Court continue the matter until Monday, April 26, 2010, at 10:00 a.m.  The parties agree
4   that continuing the case until April 26, 2010, is necessary, given the need for defense counsel
5   to review and analyze the discovery in this case.  The parties also agree that failing to grant a
6   continuance would deny counsel for the defense the reasonable time necessary for effective
7   preparation of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C.
8   § 3161(h)(7)(B)(iv).  Lastly, the parties agree that the ends of justice served by excluding time
9   until April 24, 2010, outweigh the best interest of the public and the defendant in a speedy trial.
10  SO STIPULATED:

Dated: March 19, 2010                           __/s/_____
                                                EDWIN PRATHER
                                                Attorney for Defendant
                                                STEWART BURCH


Dated: March 19, 2010                           __/s/_____
                                                OWEN MARTIKAN
                                                Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 10-0035 MHP]
2

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court hereby continues this matter to April ~~24~~ 26, 2010, at 10:00 a.m.  The Court previously waived defendant Burch's appearance for the court appearance on March 22, 2010.  Defendant Burch's appearance is similarly waived for the court appearance on April ~~24~~ 26, 2010.

Time has previously been excluded in this case until March 22, 2010, and the Court enters this Order excluding time from March 22, 2010, up to and including April ~~24~~ 26, 2010.

Specifically, the parties agree, and the Court finds that such time should be excluded until April ~~24~~ 26, 2010.  The Court further finds that failing to grant a continuance until April ~~24~~ 26, 2010, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

Finally, the parties agree, and the Court finds that the ends of justice served by excluding time from March 22, 2010, up to and including April ~~24~~ 26, 2010, outweigh the best interests of the public and the defendant in a speedy trial.  *Id.* at § 3161(h)(A).

IT IS SO ORDERED.

Dated:  3/22/2010



STIPULATION AND [PROPOSED] ORDER [Case No.: CR 10-0035 MHP]

3