ORIGINAL                                                                                           ORIGINAL

Robert J. Beles bar no. 41993
Anne C. Beles bar no. 200276
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Defendant*
STEWART JOHN BURCH

# United States District Court
## Northern District of California
### San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>  vs.<br><br>STEWART JOHN BURCH<br><br>    *Defendant*. | No. **3:10-CR-00035-MHP-1**<br><br>STIPULATION TO PERMIT DEFENDANT TO ATTEND WIFE'S BIRTHDAY PARTY; ~~PROPOSED~~ ORDER |

**STIPULATION TO PERMIT DEFENDANT TO
ATTEND WIFE'S BIRTHDAY PARTY**

It is hereby stipulated, by and between Owen Peter Martikan, Assistant United States Attorney, and Robert J. Beles, attorney for defendant, that defendant be permitted to attend his wife's birthday party at 3994 Verbena Street, Napa, California, on Saturday, June 5, 2010, beginning at 3:00 pm, and remain until 10:00 pm. Defendant is to be accompanied by his custodian at all times during this visit.

Thursday, June 3, 2010                          s/ Owen Peter Martikan
_____                      _____
                                                Owen Peter Martikan
                                                Assistant United States Attorney

Thursday, June 3, 2010                          s/ Robert J. Beles
_____                      _____
                                                Robert J. Beles
                                                Attorney for Defendant

ORIGINAL                                                                                           ORIGINAL

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br>　　vs.<br><br>STEWART JOHN BURCH<br><br>　　　　　*Defendant*. | No. **3:10-CR-00035-MHP-1**<br><br>~~PROPOSED~~ ORDER |

~~PROPOSED~~ ORDER

　　The parties having stipulated and good cause appearing, it is hereby ordered that defendant shall be permitted to attend his wife's birthday party at 3994 Verbena Street, Napa, California, on Saturday, June 5, 2010, beginning at 3:00 pm, and remain until 10:00 pm. Defendant is to be accompanied by his custodian at all times during this visit.

　　Dated: San Francisco, California, __June 4, 2010_____.



_____
United States District Magistrate Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Permit Defendant to Attend
Wife's Birthday Party; Proposed Order