JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-0035 MHP |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
|     v. ) | |
| STEWART JOHN BURCH, ) | |
|     Defendant. ) | |

On June 28, 2010, the parties in this case appeared before the Court for a status conference in this case. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from June 28, 2010, through August 30, 2010, for effective preparation of defense counsel and continuity of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0035 MHP

1 speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2 SO STIPULATED:

3                                  JOSEPH P. RUSSONIELLO
United States Attorney

4

                                 /s/

5 DATED: July 13, 2010                                                 
OWEN P. MARTIKAN

6                                  Assistant United States Attorney

7

8                                  /s/

DATED: July 13, 2010

9                                  ROBERT J. BELES
Attorney for Stewart John Burch

10

11

12 **[PROPOSED] ORDER**

13      As the Court found on June 28, 2010, and for the reasons stated above, an exclusion of

14 time from June 28, 2010 through August 30, 2010, is warranted because the ends of justice

15 served by these continuances outweigh the best interests of the public and the defendant in a

16 speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuances

17 would deny defense counsel the reasonable time necessary for effective preparation and

18 continuity of representation, taking into account the exercise of due diligence, and would result

19 in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(7)(B)(iv).

20

21 SO ORDERED.

22

23

24 DATED: 7/14/2010                              

25                              HON. M. 
United S.      Judge Marilyn H. Patel

26

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0035 MHP