**Robert J. Beles  Bar No 41993**
**Anne C. Beles Bar No. 200276**
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for Stewart Burch

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>STEWART BURCH,<br><br>*Defendant*. | No.  CR 3:10-CR-0035-MHP 1<br><br>STIPULATION TO PERMIT DEFENDANT TO ATTEND PROFESSIONAL SEMINAR |

**STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

Defendant Stewart Burch hereby requests this Court to modify the conditions of release in the following way

1) Allow travel to Eastern District of California, to wit, Vacaville, California.

2) Allow Defendant Burch to leave his home on July 23, 2010 at 6:30 a.m. to attend a seminar held by the National Notary Association at the Hampton Inn, 800 Mason Street, Vacaville, CA and to return home at the normal time of 7:00 p.m.

DATED:

    /s/ OM                                  /s/  RJB        .           .
OWEN MARTIKAN                      ROBERT J. BELES
Attorney for the United States          Attorney for Defendant BURCH

MODIFICATION OF CONDITIONS OF RELEASE          - 1 -

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br> vs.<br><br>STEWART BURCH,<br><br>   *Defendant.* | No.  CR 3:10-CR-0035 MHP<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

IT IS HEREBY ORDERED that Defendant Burch's conditions of release be modified in the following ways:

 Defendant Burch be allowed to travel to the Eastern District of California on July 23, 2010

 Defendant Burch be allowed to leave his home on July 23, 2010 at 6:30 a.m. to attend a seminar held by the National Notary Association at the Hampton Inn, 800 Mason Street, Vacaville, CA and to return home at the normal time of 7:00 p.m.

DATED:  7/15/2010

IT IS SO ORDERED

_____
Judge Marilyn H. Patel

MODIFICATION OF CONDITIONS OF RELEASE    - 2 -