MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-0035 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| v. | |
| STEWART JOHN BURCH, | |
| Defendant. | |

      On June 28, 2010, the parties in this case appeared before the Court for a status conference in this case. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from June 28, 2010, through August 30, 2010, for effective preparation of defense counsel and continuity of defense counsel. After that date, the Court continued the August 30, 2010 status conference sua sponte until September 13, 2010. The parties hereby stipulate that excluding this additional period of time from the Speedy Trial Act calculations would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0035 MHP

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: _____    _____
        OWEN P. MARTIKAN
        Assistant United States Attorney

DATED: _____    _____
        ROBERT J. BELES
        Attorney for Stewart John Burch

### [PROPOSED] ORDER

Per the parties' stipulation and for the reasons stated above, an exclusion of time from August 30, 2010 through September 13, 2010, is warranted because the ends of justice served by these continuances outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuances would deny defense counsel the reasonable time necessary for effective preparation and continuity of representation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 9/17/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0035 MHP