BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BURCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 10-0035<br>No. CR-~~09-111~~2 MHP |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | |
| ) | Court: Hon. Marilyn Hall Patel |
| STEWART BURCH, ) | Date:  May 23, 2011 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | |

The undersigned parties stipulate and request as follows:

1. Sentencing is scheduled for May 23, 2011 at 10:00 a.m.;

2. Whereas, the Final Presentence report will not be delivered until May 17, 2011

3. To allow the parties sufficient time to prepare for sentencing, including defense counsel's need to collect additional mitigating evidence, the parties jointly request a continuance of the sentencing to May 31, 2011 at 10:30 a.m.;

4. Probation Officer Ann Searles has been contacted by defense counsel and has no objection to moving the sentencing to May 31, 2011 at 10:30 a.m.

\\

\\

STIP CONTINUE SENTENCING
CR 10-0035 MHP

| | | |
|---|---|---|
| 1 | DATED: May 15, 2011 | /S/ |
| 2 | | OWEN MARTIKAN<br>Assistant United States Attorney |
| 3 | | |
| 4 | DATED: May 15, 2011 | /S/<br>ELIZABETH M. FALK<br>Assistant Federal Public Defender. |

[~~PROPOSED~~] ORDER

Good cause shown, the sentencing hearing in the aforementioned matter shall be continued to May 31, 2011 at 10:30 a.m.

DATED: 5/18/2011

IT IS SO ORDERED

Judge Marilyn H. Patel

THE HONORABLE MARILYN H. PATEL
United States District Judge

STIP CONTINUE SENTENCING
CR 10-0035 MHP                                   -1-